*[Margin: CITIZENS' BANK v. DENNISTOUN.]*

---

## Michoud et al., Executors v. Marquet et al.

Where part of a flock of sheep, purchased at a succession sale, die within three days thereafter of a disease proved to have been incurable, the vendor must bear the loss. C. C. 2508. In such a case the sale cannot be rescinded, but the price of the sheep which have died should be deducted from the price of the flock.

APPEAL from the District Court of Assumption, *Randall*, J. *Mathiat* and *Soulé*, for the appellants. *Ilsley*, for the defendants. The judgment of the court was pronounced by

KING, J. A part of the consideration of the note sued upon in this action was a flock of sheep, of which thirty-eight are shown to have died within three days after the sale, of a disease which the witnesses say was incurable.* The vendor must sustain the loss of those which perished. C. C. art. 2508. The witnesses state that the disease was contagious, and extended generally through the flock, but no other deaths are shown to have occurred. The judge should only have allowed a credit for $49 40, the actual loss proved.

The judgment of the District Court is therefore reversed, and judgment rendered in favor of the plaintiffs, and against the defendants, *in solido*, for $453 60, with eight per cent interest from the 4th of April, 1846, until paid ; the appellees paying the costs of this appeal, and the appellants those of the court below.

---

*The purchase was made at a sale of property belonging to the succession of *Girod*. R.